[No. 21413–6–I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WILEY BROWN, *Defendant*, RANDY FREDERICK CROASMUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-02733-7, Frank H. Roberts, Jr., J.,

entered November 5, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Scholfield, J.